# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JKL CORPORATION, et al., <br><br> Defendants. | Case No. 5:18-cv-02507-EJD <br><br> **ORDER TO SHOW CAUSE** |

On April 26, 2018, Plaintiffs filed the Complaint underlying this action. To date, however, the docket does not contain a proof of service or waiver of service for any defendant, and no defendant has appeared in this action.

Rule 4(m) of the Federal Rules of Civil Procedure provides in pertinent part:

> If a defendant is not served within 90 days after the complaint is filed, the court - on motion or on its own after notice to the plaintiff - must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

The 90-day period for service provided by Rule 4(m) expired on July 25, 2018. Accordingly, the court issues the instant Order to Show Cause requiring that Plaintiffs, no later than **August 16, 2018**, either: (1) file documents to show proof of service of the Summons and Complaint on defendants; or (2) explain in writing why service has not been accomplished. No

Case No.: 5:18-cv-02507-EJD
ORDER TO SHOW CAUSE

1

hearing will be held on the order to show cause unless otherwise ordered by the court.

In light of this order, the Case Management Conference scheduled for August 16, 2018, is VACATED and will be reset, if necessary, upon resolution of the issue discussed herein.

**IT IS SO ORDERED.**

Dated: August 9, 2018

EDWARD J. DAVILA
United States District Judge

Case No.: 5:18-cv-02507-EJD
ORDER TO SHOW CAUSE